IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELIAS HERNANDEZ TOMAS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV411-071
)
WARDEN JACK KOON, Coastal )
State Prison, )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which objections have been filed (Doc. 12). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of July 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Plaintiff's "Motion to Clarify for Reconsideration of Dismissal" (Doc. 12), which this Court has construed as his objections to the Magistrate Judge's Report and Recommendation, is **DISMISSED**. However, the Court considered the arguments presented in this document when reviewing the report and recommendation.